KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

S. ALEX SPELMAN, ESQ.
Nevada Bar No. 14728
WINTERS SPELMAN PLLC
3191 E Warm Springs Rd, Suite 100
Las Vegas, NV 89120
(702) 832-0342
A.Spelman@wintersspelman.com
*Attorneys for Kefer Funches*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>Plaintiff,<br><br>vs.<br><br>KEFER FUNCHES, ET AL,,<br><br>Defendants. | CASE NO.: 2:24-cr-0064-RFB-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO SUPPRESS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED and AGREED, by and between Kefer Funches, by his counsel, Kathleen Bliss and S. Alex Spelman; Tyrone Patterson, by his counsel, William Brown; William Bernstein, by his counsel, Chris Rasmussen; Deron Grinage, by his counsel Rachel Stewart and Jason Carr; and the United States of America, by Assistant United States Attorney Steven Rose; that the hearing set on June 5, 2025, be continued to June 12, 2025, at the hour of 3 p.m. or at any time convenient for the Court.

This stipulation is entered into for the following reasons:

1. On May 21, 2025, the Court set a hearing (EC No. 255) on Mr. Funches' Motion to Suppress (EC No. 216), which was joined by co-defendants Tyrone Patterson (EC No. 217) and William Bernstein (EC No. 256), for June 5, 2025.

2. Counsel for Defendant, Kathleen Bliss, must appear for sentencing in Anchorage, Alaska, in *United States v. Walker*, 3:24-cr-0039-SLG-MMS, on June 3, 2025. She then has meetings with her client, Janel Davis, in the custody of Highland Mountain Correctional Center, Eagle River, Alaska, relative to her compelled appearance by the government in *United States v. Powers et al.,* 1:23-cr-8-2) (Ms. Davis pleaded guilty in the case). Counsel Bliss is not scheduled to return to Nevada until June 7, 2025. She must be in Phoenix, Arizona, on June 10-11, 2025, for a medical appointment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Counsel for the United States and Co-Defendants Patterson, Grinage and Bernstein do not oppose this continuance and therefore stipulate to an order continuing the hearing.

DATED this day 23rd day of May 2025.

By: *s/s Kathleen Bliss*
KATHLEEN BLISS PLLC

*s/s S. Alex Spelman*
WINTERS SPELMAN PLLC
Attorneys for Defendant Kefer Funches

By: *s/s William H Brown*
Brown Mishler, PLLC
911 N. Buffalo Dr.
Ste. 202
Las Vegas, NV 89128
702-816-2200
Fax: 702-816-2300
Email:
wbrown@brownmishler.com
Attorney for Tyrone Patterson

By: *s/s Chris T Rasmussen*
Rasmussen Law P.C.
520 South Fourth Street
Las Vegas, NV 89101-
702-384-5563
Fax: 702-550-7031
Email: ctr@rasmussenlaw.com
Attorney for William Bernstein

SIGAL CHATTAH
UNITED STATES ATTORNEY

By: *s/s Steven Rose*
STEVEN ROSE, ESQ.
*Assistant United States Attorney*

By: *s/s Jason F. Carr*
Hofland and Tomsheck
238 S. 4th St.
Ste First Floor
Las Vegas, NV 89101
s/s-895-6760
Fax: 702-731-6910
Email: jasonc@hoflandlaw.com

*s/s Rachael E Stewart*
Rachael E. Stewart, Chtd.
400 S. Fourth Street
Ste 500
Las Vegas, NV 89101
702-772-3260
*Email: restewartlaw@gmail.com*
Attorneys for Deron Grinage

**ORDER ON STIPULATION**

Before the Court is the Stipulation of the parties for a continuance of the hearing on Defendants' Motion to Suppress Wiretap. Based on the stipulation and for good cause showing, it is ORDERED that the hearing currently scheduled for June 5, 2025, be vacated and June 12, 2025 at 2:00 p.m.

Dated: May 25, 2025

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT