**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-064-RFB-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| TYRONE PATTERSON,<br>a.k.a. "Ty," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Tyrone Patterson, aka "Ty," to the criminal offense, forfeiting the property set forth in the Plea Agreement, Forfeiture Allegation One of the Amended Bill of Particulars, and Forfeiture Allegation One of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Tyron Patterson, aka "Ty," pled guilty. Criminal Indictment, ECF No. 1; the Amended Bill of Particulars, ECF No. 174; Change of Plea, ECF No. 327, Plea Agreement, ECF No. 328; Preliminary Order of Forfeiture, ECF No. 329.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from September 26, 2025, through October 25, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 345-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 360.

On October 24, 2025, the United States Attorney's Office served David T. Brown, Brown, Brown & Premsrirut, Attorney for Jennifer McQuaig, at 4th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 3, 10-12, 18-21, 23-25.

On October 24, 2025, the United States Attorney's Office served Gia Marina, Clark Hill Plc NV, Attorney for Cory Stowe, at South Pavilion Center Drive by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 3, 10-12, 18-21, 26-28.

On October 24, 2025, the United States Attorney's Office served Paola M. Armeni, Clark Hill Plc NV, Attorney for Corey Stowe, at South Pavilion Center Drive by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 3, 10-12, 18-21, 29-31.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Concierge Legal NV, Lauria Ann Lynch-German, Attorney for Ginny Harris, at S. 4th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 3, 10-12, 18-21, 32-35.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Cory Stowe at Excalibur Ct. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The status of the certified mail is unknown / / /

2

and listed as "In Transit to Next Facility" since November 9, 2025. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 3, 10-12, 18-21, 36-39.

On October 24, 2025, the United States Attorney's Office attempted to serve Cory Stowe at E. Harmon Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 3-4, 10-12, 18-21, 40-44.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Cory Stowe at Vincent Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as address and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 45-48.

On October 24, 2025, the United States Attorney's Office attempted to serve David Davis at Dinsmore Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 49-53.

On October 24, 2025, the United States Attorney's Office served and attempted to serve David Davis at Starboard Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 54-57.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Deron Grinage at E. Mesquite Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned with a status of Not a NSDC Detainee. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 58-61.

On October 24, 2025, the United States Attorney's Office attempted to serve Deron Grinage at Spring Summit Ln. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as not deliverable addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 62-66.

On October 24, 2025, the United States Attorney's Office served Devonte Burton at E. Mesquite Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 67-69.

On October 24, 2025, the United States Attorney's Office served Devonte Burton at W. Warren St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 4, 10-12, 18-21, 70-72.

On October 24, 2025, the United States Attorney's Office served Gabrielle Emilien at Liverpool Rd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 73-75.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Gabrielle Emilien at 5006 S. Rainbow Blvd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 76-79.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Gabrielle Emilien, at 5006 205 S. Rainbow Blvd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 80-83.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Gabrielle Emilien at Sherwood St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 84-87.

On October 24, 2025, the United States Attorney's Office attempted to serve Ginny Harris at Cloudy Day Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 88-92.

On October 24, 2025, the United States Attorney's Office served Ginny Harris at N. Maryland Pkwy. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 93-95.

On October 24, 2025, the United States Attorney's Office attempted to serve Ginny Harris at Phillips Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 5, 10-12, 18-21, 96-100.

On October 24, 2025, the United States Attorney's Office served Lance James Hendron, Hendron Law Group, Attorney for Percy Dyer, at S. 8th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 101-103.

On October 24, 2025, the United States Attorney's Office served Jason F. Carr, Hofland and Tomsheck, Attorney for Deron Grinage, at S. 4th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 104-106.

/ / /

5

On October 24, 2025, the United States Attorney's Office served James A. Oronoz, James A. Oronoz, Chtd., Attorney for Unique Beauford, at Covington Cross Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 107-109.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Jennifer McQuaig at Arrowhead Trail by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not retuned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 110-113.

On October 24, 2025, the United States Attorney's Office attempted to serve Jennifer McQuaig at Casino Center Blvd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 114-118.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Jennifer McQuaig at Sherwood St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 119-122.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Jennifer McQuaig at Sixto St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The status of the certified mail is unknown as the post office has the document listed as "In Transit to Next Facility" since October 31, 2025. Neither mailing has returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6, 10-12, 18-21, 123-126.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Lance A. Maningo, Maningo Law, Attorney for Ginny Harris, at S. 4th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture.

6

The certified mail is being returned to sender. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 6-7, 10-12, 18-21, 127-131.

On October 24, 2025, the United States Attorney's Office served Jess Marchese, Marchese Law Offices, Attorney for Devonte Burton, at S. Rancho Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 132-134.

On October 24, 2025, the United States Attorney's Office served Percy Dyer at S. 3rd St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 135-137.

On October 24, 2025, the United States Attorney's Office attempted to serve Percy Dyer at Rafael Rivera Way, Unit 1064, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 138-142.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Percy Dyer at Rafael Rivera Way, Unit 3043, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 143-146.

On October 24, 2025, the United States Attorney's Office served Percy Dyer at Running Falls St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 147-150.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Rachael E. Stewart, Chtd, Rachael E. Stewart, Attorney for Gabrielle Emilien, at S. 4th St. by regular and certified return receipt mail with the Notice and the Preliminary

Order of Forfeiture. The certified mail was returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 151-154.

On October 24, 2025, the United States Attorney's Office served Chris T. Rasmussen, Rasmussen Law P.C., Attorney for William Bernstein, at 4th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 7, 10-12, 18-21, 155-157.

On October 24, 2025, the United States Attorney's Office served Thomas A. Ericsson, Chtd., Thomas A. Ericsson, Attorney for Unique Beauford, at Covington Cross Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 8, 10-12, 18-21, 158-160.

On October 24, 2025, the United States Attorney's Office served and attempted to serve Unique Beauford at Augustus Ct. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The status of the certified mail is unknown and listed as "In Transit to Next Facility" since December 2, 2025. The certified mail is being returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 8, 10-12, 18-21, 161-165.

On October 24, 2025, the United States Attorney's Office served William Bernstein at Broadway by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 360-1, p. 8, 10-12, 18-21, 166-168.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed.

8

R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1.     $66,490 in US Currency (property), to be collected between the codefendants and is not to exceed $66,490 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes and Ninth Circuit cases.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Tyrone Patterson, aka "Ty," all third parties, and the following individuals:

1.     Jennifer McQuaig, Corey Stowe, Ginny Harris, David Davis, Deron Grinage, Devonte Burton, Gabrielle Emilien, Percy Dyer, Unique Beauford, and William Bernstein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, and certificates of deposit shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATEDthis the 2nd day of April, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE